# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ATAIN SPECIALTY INSURANCE COMPANY, | Case No. 1:19-cv-01672-DAD-SAB |
|---|---|
| Plaintiff, | ORDER DISREGARDING NOTICE OF VOLUNTARY DISMISSAL |
| v. | (ECF Nos. 8, 9) |
| LORENZO MARQUEZ, et al., | |
| Defendants. | |

On January 23, 2020, Plaintiff filed a notice of voluntary dismissal of this action. (ECF No. 8.) On the same date, January 23, 2020, Plaintiff filed a notice of errata indicating that the notice of voluntary dismissal was mistakenly filed due to a clerical error. (ECF No. 9.) Plaintiff's counsel has also provided a declaration attesting to the fact that the filing was made in error. (Id. at 3.)

Accordingly, IT IS HEREBY ORDERED that the notice of voluntary dismissal filed on January 23, 2020 (ECF No. 8), is DISREGARDED.

IT IS SO ORDERED.

Dated: **January 24, 2020**

UNITED STATES MAGISTRATE JUDGE

1