# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>LORENZO MARQUEZ, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01672-DAD-SAB<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO DISMISS CERTAIN DEFENDANTS OR REQUEST ENTRY OF DEFAULT<br><br>(ECF No. 55)<br><br>THIRTY DAY DEADLINE |

    Atain Specialty Insurance Company ("Plaintiff") filed this action seeking declaratory relief pursuant to 28 U.S.C. § 1332 against Lorenzo Marquez, Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas Cruz, Cirilo Molina, And Maria Isabel Molina.  On March 23, 2020, an order issued extending the time for Plaintiff to effect service of process in this action.

    On June 10, 2020, Plaintiff filed a declaration of counsel requesting additional time to dismiss certain defendants or to request entry of default.  Last week, Plaintiff's counsel was contacted by the mediator in the state court action and informed that the plaintiffs in that action

(defendants in this action), other than Defendant Marquez, have indicated that they are willing to abide by the decision in this action. (Declaration of Counsel to Request Additional Time to Dismiss Certain Defendants or to Request Entry of Default Against Those Defendants, ¶ 4, ECF No. 55-1.) Plaintiff requests thirty days in which to either obtain a stipulation or file requests for entry of default. (Id. at ¶ 5.) The Court finds that good cause exists to grant the request.

Accordingly, IT IS HEREBY ORDERED that within **thirty (30) days** from the date of entry of this order, Plaintiff shall file either requests for entry of default or a stipulation and request for dismissal of the defendants who have not appeared in this action.

IT IS SO ORDERED.

Dated:   **June 10, 2020**

UNITED STATES MAGISTRATE JUDGE