# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO MARQUEZ, et al.,<br><br>Defendants. | Case No. 1:19-cv-01672-DAD-SAB<br><br>ORDER GRANTING REQUEST OF PLAINTIFF ATAIN SPECIALTY INSURANCE COMPANY FOR FURTHER ADDITIONAL TIME TO DISMISS CERTAIN DEFENDANTS OR REQUEST ENTRY OF DEFAULT AGAINST THOSE DEFENDANTS<br><br>(ECF No. 58) |

Atain Specialty Insurance Company ("Plaintiff") filed this action seeking declaratory relief pursuant to 28 U.S.C. § 1332 against Lorenzo Marquez, Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas Cruz, Cirilo Molina, And Maria Isabel Molina.

On March 23, 2020, Plaintiff was granted an extension of time to seek entry of default against those defendants that had not filed a response to the complaint. On June 10, 2020, Plaintiff was granted an extension of time to file a stipulation to dismiss defendants other than

Marquez or request entry of default. On July 10, 2020, Plaintiff filed a request for additional time to file either a stipulation or request for entry of default.

The Court finds that good cause exists to grant Plaintiff's request. Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for additional time is GRANTED and a stipulation to dismiss certain defendants or a request for entry of default shall be filed on or before **July 24, 2020**.

IT IS SO ORDERED.

Dated:   **July 13, 2020**

UNITED STATES MAGISTRATE JUDGE