# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>LORENZO MARQUEZ, et al.,<br><br>  Defendants. | Case No.  1:19-cv-01672-DAD-SAB<br><br>ORDER GRANTING PLAINTIFF ATAIN SPECIALTY INSURANCE COMPANY ADDITIONAL TIME TO DISMISS CERTAIN DEFENDANTS OR REQUEST ENTRY OF DEFAULT AGAINST THOSE DEFENDANTS<br><br>(ECF No. 60) |

Atain Specialty Insurance Company ("Plaintiff") filed this action seeking declaratory relief pursuant to 28 U.S.C. § 1332 against Lorenzo Marquez, Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas Cruz, Cirilo Molina, And Maria Isabel Molina.

On March 23, 2020, Plaintiff was granted an extension of time to seek entry of default against those defendants that had not filed a response to the complaint.  On June 10, 2020, Plaintiff was granted an extension of time to file a stipulation to dismiss defendants other than

1

1 Marquez or request entry of default.  On July 10, 2020, Plaintiff filed a request for additional
2 time to file either a stipulation or request for entry of default.  On July 14, 2020, an order was
3 filed granting Plaintiff until July 24, 2020, to either file a stipulation or request entry of default
4 against the defendants that had not yet responded to the complaint.

5     On July 27, 2020, Plaintiff filed a declaration stating that the parties are working on a
6 stipulation, but it is not yet finalized.

7     Accordingly, finding good cause, IT IS HEREBY ORDERED that that Plaintiff shall file
8 a stipulation to dismiss certain defendants or a request for entry of default on or before **August**
9 **14, 2020**.

IT IS SO ORDERED.

Dated:   **July 28, 2020**

UNITED STATES MAGISTRATE JUDGE