# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALITY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>LORENZO MARQUEZ, et al.,<br><br>    Defendants. | Case No. 1:19-cv-01672-DAD-SAB<br><br>ORDER DIRECTING CLERK OF THE COURT TO TERMINATE DEFENDANTS KAREN M. KING, DAMIAN LUTZ, ADAN CRUZ SANTOS, MARICELA SOLORIO HEREDIA, CONRAD S MARIS, ANH M. MARIS, PAUL MONTEMURRO, MARIA GUADALUPE OCHOA, BRANDON RAMOS ESTRADA, HERIBERTO RAMOS ESTRADA, LARRY EDWARD RODRIGUEZ JR., AGNES A. RODRIGUEZ, BRYCE G. ROSE, LESLEY C. ROSE, MARIA T. GUTIERREZ, JOSE L. GUTIERREZ, FRANCISCO J. GONZALEZ, MARIA GUADALUPE GONZALES, ARTURO ROCHA JR., GABRIEL SANCHEZ, MARIA PERLA-HERNANDEZ GUILLEN, RAYMUNDO MENDEZ, DOMINGO OSCAR GABRIEL, GUADALUPE YADHIRA VILLEGAS CRUZ, CIRILO MOLINA, AND MARIA ISABEL MOLINA FROM THIS ACTION<br><br>(ECF No. 62) |

    Atain Specialty Insurance Company ("Plaintiff") filed this action seeking declaratory relief pursuant to 28 U.S.C. § 1332 against Lorenzo Marquez, Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel,

Guadalupe Yadhira Villegas Cruz, Cirilo Molina, and Maria Isabel Molina.

On January 24, 2020, a proof of service was returned for Lorenzo Marquez showing he had been personally served on December 5, 2019. (ECF No. 12.) On January 28, 2020; January 29, 2020; and February 18, 2020, proofs of service were returned for Karen M. King, Damian Lutz, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Raymundo Mendez, Cirilo Molina, and Maria Isabel Molina. The proofs of service show that these individuals were served on January 25, 2020. (ECF Nos. 13, 14, 15, 16, 17, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 31.)

Defendant Marquez filed a motion to dismiss on April 20, 2020, that is pending before District Judge Dale A. Drozd. (ECF No. 43.) On June 10, 2020, an order issued granting Plaintiff additional time to dismiss certain defendants or request entry of default. (ECF Nos. 55, 56.) Plaintiff was granted an extension of time to dismiss certain defendants or request entry of default on July 14, 2020. (ECF Nos. 58-60, 61.) On August 18, 2020, Plaintiff filed a stipulation of dismissal of Defendants Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas Cruz, Cirilo Molina, and Maria Isabel Molina from this action with prejudice.

Rule 41(a) of the Federal Rules of Civil Procedure allows a party to dismiss some or all of the defendants in an action through a Rule 41(a) notice. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Here, Plaintiff has filed a stipulation for dismissal of certain defendants. (ECF No. 62.) Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a "plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, Defendant Marquez has appeared in this action by filing a motion to dismiss and did not sign the stipulation.

Therefore, Plaintiff's request for dismissal does not comply with Rule 41(a)(1)(A)(ii).

Under Rule 41(a)(1)(A)(i), 'a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment.' " Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc., 193 F.3d 1074, 1077 (9th Cir. 1999) (quoting Wilson, 111 F.3d at 692).  Here, no answer or motion for summary judgment has been filed in the action.  The Court shall construe the notice as a request to dismiss certain defendants under Rule 41(a)(1)(A)(i).

"The plaintiff may dismiss either some or all of the defendants—or some or all of his claims—through a Rule 41(a)(1) notice." Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Pedrina v. Chun, 987 F.2d 608, 609 (9th Cir. 1993)); but see Hells Canyon Pres. Council v. U.S. Forest Serv., 403 F.3d 683, 687 (9th Cir. 2005) (The Ninth Circuit has "only extended the rule to allow the dismissal of all claims against one defendant, so that a defendant may be dismissed from the entire action.").  "Filing a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice." Concha, 62 F.3d at 1506.

Accordingly, the Clerk of the Court is HEREBY DIRECTED to terminate Defendants Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas Cruz, Cirilo Molina, and Maria Isabel Molina from this action.

IT IS SO ORDERED.

Dated:   **August 12, 2020**

UNITED STATES MAGISTRATE JUDGE