# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LORENZO MARQUEZ,<br><br>　　　　Defendant. | Case No.  1:19-cv-01672-DAD-SAB<br><br>ORDER REQUIRING DEFENDANT MARQUEZ TO FILE RESPONSIVE PLEADING<br><br>TEN DAY DEADLINE |

Atain Specialty Insurance Company ("Plaintiff") filed this action seeking declaratory relief pursuant to 28 U.S.C. § 1332 against Lorenzo Marquez, Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J. Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas Cruz, Cirilo Molina, And Maria Isabel Molina.

On August 12, 2020, Defendants , Karen M. King, Damian Lutz, Adan Cruz Santos, Maricela Solorio Heredia, Conrad S Maris, Anh M. Maris, Paul Montemurro, Maria Guadalupe Ochoa, Brandon Ramos Estrada, Heriberto Ramos Estrada, Larry Edward Rodriguez Jr., Agnes

1 A. Rodriguez, Bryce G. Rose, Lesley C. Rose, Maria T. Gutierrez, Jose L. Gutierrez, Francisco J.
2 Gonzalez, Maria Guadalupe Gonzales, Arturo Rocha Jr., Gabriel Sanchez, Maria Perla-
3 Hernandez Guillen, Raymundo Mendez, Domingo Oscar Gabriel, Guadalupe Yadhira Villegas
4 Cruz, Cirilo Molina, And Maria Isabel Molina were dismissed from this action at the stipulation
5 of the parties. (ECF Nos. 62, 62.) On April 15, 2020, Defendant Marquez filed a motion to
6 dismiss. (ECF No. 43.)

7 On August 20, 2020, Defendant Marquez's motion to dismiss was denied. (ECF No. 64.)

8 Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the responsive pleading
9 must be served within 14 days after notice of the denial of the motion to dismiss. Fed. R. Civ. P.
10 12(a)(4)(A). More than fourteen days have passed since the motion to dismiss was denied, and
11 Defendant Marquez has not filed an answer or otherwise responded to the complaint.

12 Accordingly, IT IS HEREBY ORDERED that Defendant Marquez shall file a responsive
13 pleading within ten (10) days of the date of entry of this order. The failure to comply with this
14 order may result in the issuance of sanctions, up to and including terminating sanctions.

IT IS SO ORDERED.

Dated:   **October 5, 2020**

UNITED STATES MAGISTRATE JUDGE