# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO MARQUEZ, et al.,<br><br>Defendants. | Case No. 1:19-cv-01672-DAD-SAB<br><br>ORDER RE STIPULATION OF THE PARTIES RE: RULE 26 INITIAL DISCLOSURES<br><br>(ECF No. 71) |

On November 19, 2020, the parties filed a stipulation to amend the initial disclosure deadline in the scheduling order issued on October 27, 2020 based on a tentative settlement of the action.

Pursuant to the stipulation of the parties, and finding good cause, IT IS HEREBY ORDERED that the deadline by which the parties must exchange initial disclosures is CONTINUED to Monday, January 4, 2021.

IT IS SO ORDERED.

Dated: __November 19, 2020__

UNITED STATES MAGISTRATE JUDGE

1