# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>LORENZO MARQUEZ, et al.,<br><br>            Defendants. | Case No.  1:19-cv-01672-DAD-SAB<br><br>ORDER GRANTING REQUEST TO EXTEND DEADLINE FOR RULE 26 INITIAL DISCLOSURES<br><br>(ECF No. 73) |

On November 19, 2020, the Court granted the parties' request to amend the initial disclosure deadline based on a tentative settlement of the action. (ECF No. 72.) The Court's order set a new deadline of January 4, 2021, for the exchange of initial disclosures. (Id.) On January 6, 2021, counsel for Plaintiff filed a document that was entered on the docket as a status report, and is entitled a declaration of counsel re: status of case and pending settlement. (ECF No 73.)

Counsel proffers that the settlement agreement is not finalized and counsel in a related state action need more time to finalize the settlement agreement with their clients. (Id. at 2.) Counsel for Plaintiff states that "on behalf of [counsel for Defendant] Mr. Schulte, I make and submit this declaration so as to advise the Court of the current status of this action and its pending settlement and to request that the Court approve a further delay in the" initial disclosures, in expectation that they will ultimately be unnecessary. (Id.) The filing concludes

1 | that a "further extension of 30 to 60 should suffice." (Id. at 2.)

2 |     In the interests of expediency, the Court shall grant the request to extend the deadline an
3 | additional thirty days, however, in the future, counsel is expected to submit either a stipulated
4 | request if approval of opposing parties is proffered, or a motion if approval is not obtained.
5 | While counsel proffers the submission of this declaration is on behalf of opposing counsel, the
6 | Court instructs counsel that under the local rules, if an opposing counsel approves of a request,
7 | an electronic signature of opposing counsel may be placed on the document.  See L.R. 131(e)
8 | ("Documents that are normally signed by more than one counsel, whether the counsel represent
9 | the same party or different parties, may be prepared by obtaining approval from any other
10 | counsel to state that the other counsel has authorized submission of the document on that
11 | counsel's behalf. Submitting counsel shall place the other counsel's signature on the electronic
12 | filing by using '/s/ counsel's name (as authorized on [date] ).' ").  Counsel are also expected to
13 | submit any request for an extension of a deadline prior to the expiration of such deadline or
14 | otherwise provide additional good cause for the belated request.

15 |     Pursuant to the declaration of Plaintiff's counsel, and finding good cause, IT IS HEREBY
16 | ORDERED that:

17 |     1.    The deadline by which the parties must exchange initial disclosures is
18 |         CONTINUED to February 3, 2021; and
19 |     2.    If Defendant objects to the entry of this extension, Defendant may file an
20 |         objection or statement of opposition within three (3) days of entry of this order.

IT IS SO ORDERED.

Dated: __**January 7, 2021**__

                                 UNITED STATES MAGISTRATE JUDGE